# In the United States District Court
# For the Southern District of Georgia
# Brunswick Division

RUFUS CHARLES WITHERSPOON,  &ast;
          &ast;
    Plaintiff,  &ast;  CIVIL ACTION NO.: 2:15-cv-156
          &ast;
 v.        &ast;
          &ast;
ROBERT EUNICE,    &ast;
          &ast;
    Defendant. &ast;

## ORDER

After an independent and *de novo* review of the record, the undersigned concurs with the Magistrate Judge's December 4, 2015, Report and Recommendation, dkt. no. 4, to which objections have been filed. The Court **OVERRULES** Plaintiff's Objections, dkt. no. 6, and **ADOPTS** the Report and Recommendation, as supplemented herein, as the opinion of the Court.[1]

---

[1] Plaintiff's Complaint centers on Defendant's investigation of Plaintiff which resulted in Plaintiff's arrest. The Magistrate Judge explained that the Complaint did not "specifically state whether [Plaintiff] was ultimately indicted for these offenses or whether he has been convicted." Dkt. No. 4, p. 4. In his Objections, Plaintiff asserts that he was arraigned on the charges on December 8, 2015, and that the charges are still pending. Dkt. No. 6, p. 8. In addition to the other reasons stated by the Magistrate Judge, the fact that Plaintiff's criminal case is still pending further supports the conclusion that Heck v. Humphrey, 512 U.S. 477 (1994) bars Plaintiff from bringing this lawsuit at this time. Heck prohibits a plaintiff from bringing a civil suit which indirectly implicates the question of plaintiff's guilt as to pending state charges. Uboh v. Reno, 141 F.3d 1000, 1006 (11th Cir. 1998) ("[T]his type of parallel inquiry by

The Court **DISMISSES** Plaintiff's claims and **DENIES** him leave
to appeal *in forma pauperis.* The Clerk of the Court is **DIRECTED**
to enter the appropriate judgment of dismissal and to **CLOSE** this
case.

      **SO ORDERED**, this \_\_\_\_\_25\_\_\_\_\_ day of \_\_\_\_\_June\_\_\_\_\_, 2016.


         _____

         LISA GODBEY WOOD, CHIEF JUDGE
         UNITED STATES DISTRICT COURT
         SOUTHERN DISTRICT OF GEORGIA

---

way of a civil suit prior to the resolution of a criminal action based
on the same set of events is precisely the quandary that Heck
prohibits."). This prohibition includes challenges to the process and
grounds upon which the prosecution against the plaintiff was
commenced. Id.